VERA JACOBSON, Individually and as Administratrix of the Estate of WALTER JACOBSON, Deceased, Appellant, *v.* CHARLES KUREK et al., Respondents.

Argued March 11, 1942; decided April 23, 1942.

*Gustav B. Garfield* for appellant.

*William M. Kilcullen* for Charles Kurek, respondent.

*Arthur K. Wing, Frank W. Harris* and *James G. Purdy* for Figge & Hutwelker Company, respondent.

Judgment affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.